UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CHRISTOPHER DARIEN ROSE )
Plaintiff, )
)
) **JUDGMENT**
v. )
) Case No. 7:24-CV-1141-KS
FRANK J. BISIGNANO, )
Commissioner of Social Security, )
Defendant. )

**Decision by Court.**

This action came before court for judicial review pursuant to 42 U.S.C. § 405(g) of a final administrative decision of the Social Security Administration.

IT IS ORDERED, ADJUDGED AND DECREED that the Commissioner's decision is affirmed.

This judgment filed and entered on February 26, 2026, with *electronic service* upon the following:

**Russell Bowling**
*Counsel for Plaintiff*

**Wanda Mason**
**Cathleen McNulty**
**Maija DiDomenico**
*Counsel for Defendant*

**PETER A. MOORE, JR.**
**CLERK, U.S. DISTRICT COURT**

DATE: February 26, 2026 /s/ *Shelia D. Foell*

(By): Shelia D. Foell
Deputy Clerk, U.S. District Court